No. 89–1626. CLARK & WILKINS INDUSTRIES, INC. *v.* NA-
TIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari
denied.

No. 89–6243. LEAL *v.* COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 89–6441. VERNO *v.* UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 89–6446. REYNOSO *v.* UNITED STATES. C. A. 2d Cir.
Certiorari denied.

No. 89–6494. ASANTE *v.* UNITED STATES. C. A. 3d Cir.
Certiorari denied.

No. 89–6495. VANOVER *v.* UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 89–6513. BAGGULEY *v.* UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 89–6596. TILLMAN *v.* UNITED STATES. C. A. 3d Cir.
Certiorari denied.

No. 89–6622. KLIEWER *v.* NEW JERSEY. Super. Ct. N. J.,
App. Div. Certiorari denied.

No. 89–6635. WHIPPLE *v.* ALEXANDER, SUPERINTENDENT,
MADISON CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certio-
rari denied.

No. 89–6669. SPENCER *v.* SHOWERS. C. A. 7th Cir. Certio-
rari denied.

No. 89–6673. GRANDISON ET AL. *v.* UNITED STATES. C. A.
4th Cir. Certiorari denied.

No. 89–6675. CURTIS *v.* ALLEN, DISTRICT DIRECTOR, UNITED
STATES DEPARTMENT OF LABOR. C. A. 5th Cir. Certiorari de-
nied.

No. 89–6700. FLICK *v.* BLEVINS, WARDEN. C. A. 7th Cir.
Certiorari denied.